

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00081-CR

JOHN FITZGERALD DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 48028-A

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Appellant John Fitzgerald Davis was convicted of unlawfully possessing a firearm and was sentenced to six years' imprisonment. Davis has appealed from that conviction and the resulting sentence. On August 7, 2019, Davis's court-appointed appellate counsel, Jason D. Cassel, filed an *Anders*[1] brief, and on September 9, 2019, Davis filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Davis's access to the record.

Cassel advised this Court on September 16, 2019, that he would mail a complete paper copy of the appellate record to Davis. The record contains no digitally recorded exhibits. Allowing fifteen days for the record to be delivered to Davis and giving Davis thirty days to prepare his pro se response, we hereby set October 31, 2019, as the deadline for Davis to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        September 17, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).